UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | |
| **v.** | ) ) | **CRIMINAL NO. 2:12-CR-135-DBH** |
| **HASAN WORTHY,** | ) ) ) | |
| **DEFENDANT** | ) | |

**PROCEDURAL ORDER**

A hearing on all pending matters and a conference of counsel is scheduled for August 24, 2012.  Counsel shall be prepared to address the following issues:

    1.    The defendant's appeal of his detention order and the recommended decision to deny release.

    2.    The government's request for a September trial date.  In that connection, I note that the motion filing deadline is August 21.  In filing any motion and/or memorandum, counsel shall identify what is new, as opposed to what is a repeat of matters already presented in 2:10-cr-136-DBH-03.  At the conference, counsel shall be prepared to discuss this further, as necessary.

    3.    Any outstanding discovery issues.

**SO ORDERED.**

**DATED THIS 17TH DAY OF AUGUST, 2012**

                                        /S/D. BROCK HORNBY
                                        **D. BROCK HORNBY**
                                        **UNITED STATES DISTRICT JUDGE**